**DISMISS; Opinion Filed February 4, 2015.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00923-CV

### IN THE INTEREST OF T.A.F., A Child

**On Appeal from the 301st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-06-19041**

## MEMORANDUM OPINION

Before Justices Lang, Stoddart, and Schenck
Opinion by Justice Lang

The clerk's record in this case is overdue. By letter dated October 3, 2014, we informed appellant that the clerk's record had not been filed because appellant had not paid for or made arrangements to pay for the clerk's record. We directed appellant to file written verification that he had paid for or made arrangements to pay for the clerk's record or that he had been found entitled to proceed without payment of costs. We cautioned appellant that if he did not file the required documentation within ten days, we might dismiss the appeal without further notice. To date, the clerk's record has not been filed, appellant has not provided the required documentation, nor has he otherwise corresponded with the Court regarding the status of the clerk's record or this appeal.

Accordingly, we dismiss this appeal.  *See* TEX. R. APP. P. 37.3(b).

/Douglas S. Lang/
DOUGLAS S. LANG
JUSTICE

140923F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

IN THE INTEREST OF T.A.F., A Child

No. 05-14-00923-CV

On Appeal from the 301st Judicial District Court, Dallas County, Texas
Trial Court Cause No. DF-06-19041.
Opinion delivered by Justice Lang. Justices Stoddart and Schenck participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

It is **ORDERED** that appellee THE STATE OF TEXAS recover its costs of this appeal from appellant MARCEL ANTHONY LAMBERT.


Judgment entered this 4th day of February, 2015.